### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN SCOTT VARNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CAUSE NO. 3:06-CV-486 TS |
| | ) |
| ED BUSS, | ) |
| | ) |
| Respondent. | ) |

### OPINION AND ORDER

Kevin Scott Varner, the *pro se* petitioner, filed a motion to reconsider this court's order denying his preliminary injunction seeking immediate release. He has since filed a change of address indicating that he has been released. Therefore the motion to reconsider is moot.

Furthermore, his release may have rendered this habeas corpus petition moot as well. Mr. Varner is attempting to challenge his one year sentence for Battery, a class A misdemeanor, rendered in the LaPorte Superior Court in 46D02-0201-FC002 on June 28, 2002. On the basis of the record before the Court, it is unclear when, if ever, he has or will serve this sentence. Since he has been released, he may have been discharged from any further obligation under that sentence. If so, then this petition is moot. In order to clarify the record, the parties will both be ordered to brief this question. In addition, the respondent must also attach whatever documents are necessary to support the statements in his brief.

For the foregoing reasons, the Court:

(1)   **DENIES AS MOOT** the motion to reconsider (DE 31);

(2)   **ORDERS** Kevin Scott Varner and the respondent to separately file a brief by March 20, 2007, explaining when Mr. Varner has or will serve the one year sentence in question; and

(3)     **ORDERS** the respondent to attach whatever documents are necessary to support the

statements in his brief.

SO ORDERED on February 26, 2007.

    S/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION